MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA  (CABN 223789)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax:  (408) 535-5066
E-Mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 11-00141-3 LHK |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER TO CONTINUE SENTENCING |
| | ) | DATE TO APRIL 18, 2012 |
| VESSIE LYNN STEVENS, | ) | |
| Defendant. | ) | |

On September 14, 2011, defendant Vessie Lynn Stevens and the United States Attorney's

Office for the Northern District of California entered into a written plea agreement.  Ms. Stevens

agreed to cooperate with the government, and her cooperation includes assisting the government

in the prosecution in the above entitled matter, *United States v. Smith, et al.*, CR 11-00141 (the

*Smith* matter).  Thurman Douglas Smith and Rachelle Williams are co-defendants in the *Smith*

matter.  Mr. Smith is currently scheduled to appear before this Court on March 14, 2012 for

sentencing.  Ms. Williams has already been sentenced.  Ms. Stevens is scheduled to be sentenced

on March 21, 2012.

//

STIPULATION
CR 11-00141-3 LHK

1    In order for Ms. Stevens to provide ongoing assistance to the government, to allow the

2   Court to consider additional information relevant to sentencing, and in accommodation of the

3   parties' schedules, including the availability of the Probation Officer, the parties jointly stipulate

4   and request that this Court continue the sentencing date of Ms. Stevens to April 18, 2012.

6   Dated: March 13, 2012                              Respectfully submitted,

7                                                      MELINDA HAAG
                                                       United States Attorney
8

9                                                      _____
10                                                            /s/
                                                       DANIEL R. KALEBA
11                                                     Assistant United States Attorney

12

13  Dated: March 13, 2012                                    /s/
                                                       _____
14                                                     JACK GORDON
                                                       Attorney for Vessie Lynn Stevens
15

16

17    Based on the above, and for good cause shown,

18    IT IS HEREBY ORDERED:

19    That the March 21, 2012 sentencing of Vessie Lynn Stevens is hereby continued to April

20  18, 2012 at 9:00 a.m.

21

22

23  Dated: _____3/14/12_____            _Lucy H. Koh_
24                                         HON. LUCY H. KOH
                                           United States District Judge
25

26

27

28

STIPULATION
CR 11-00141-3 LHK                    2